Sheehan & Associates, P.C.     505 Northern Blvd Ste 311, Great Neck NY 11021-5101

spencer@spencersheehan.com     tel. 516.303.0552    fax 516.234.7800

May 27, 2020

Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  1:20-cv-02000-DLC
Spitzer v. Celestial Seasonings, Inc.

Dear District Judge Cote:

    This office represents the plaintiff. In accordance with your Honor's Individual Practices in Civil Cases, plaintiff, jointly and with consent of defendant, requests an adjournment of the conference scheduled for Friday, May 29, 2020 and the submission at that time of the proposed schedule for any motions and discovery.

    Plaintiff regrets that this request for an adjournment was not filed four days prior to the conference of Friday, May 29, 2020. The reason for the requested adjournment and why it is filed today is because plaintiff received the executed waiver from defendant today, May 27, 2020, setting defendant's answer or responsive pleading due on July 27, 2020.  Defendant has consented to this request.  The parties propose that the conference be adjourned until defendant's answer or responsive pleading is due, and suggest Friday, July 31, 2020 at 2:00 PM or the following Friday. Thank you.

    Respectfully submitted,

    /s/Spencer Sheehan
    Spencer Sheehan

---

The initial pretrial conference is adjourned to July 31, 2020 at 2:00 p.m.  The conference will be held telephonically, as described in the Court's April 14, 2020 Notice of Initial Pretrial Conference.

May 27, 2020

_____
DENISE COTE
United States District Judge

**Certificate of Service**

I certify that on May 27, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan