## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adrianna Spitzer, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>          -against-<br><br>Celestial Seasonings, Inc.,<br><br>                              Defendant. | Case No. 1:20-cv-02000<br><br>NOTICE OF MOTION TO DISMISS COMPLAINT<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, Defendant Celestial Seasonings, Inc. moves, before the Honorable J. Denise Cote, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, Courtroom 18B, for an order dismissing the Complaint of Plaintiff Adrianna Spitzer (Dkt. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that the Complaint fails to state a claim upon which relief can be granted.

Dated: July 27, 2020                                   Respectfully submitted,

                                                       */s/ August T. Horvath*
                                                       August T. Horvath (AH 8776)
                                                       *ahorvath@foleyhoag.com*
                                                       FOLEY HOAG LLP
                                                       1301 Sixth Avenue, 25th Floor
                                                       New York, New York 10019
                                                       Tel:  (646) 927-5500
                                                       Fax (646) 927-5599

                                                       *Attorneys for Defendant Celestial Seasonings, Inc*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of July 2020, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via electronic mail.

/s/ *August Horvath*
August T. Horvath