```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 ADRIANNA SPITZER,                      :
                                        :
                  Plaintiff,            :    20cv02000 (DLC)
                                        :
             -v-                        :         ORDER
                                        :
 CELESTIAL SEASONINGS, INC.,            :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 27, 2020, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 21, 2020**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **August 21, 2020.**  Defendant's reply, if any, shall be filed by **September 4.**

IT IS FURTHER ORDERED that, pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **August 21**, a letter no longer

than two pages explaining the basis for her belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **July 31, 2020** is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         July 28, 2020

_____
DENISE COTE
United States District Judge