```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ADRIANNA SPITZER, individually and on   :
behalf of all others similarly          :
situated,                               :       20cv2000 (DLC)
                                        :
                    Plaintiff,          :           ORDER
                                        :
           -v-                          :
                                        :
CELESTIAL SEASONINGS, INC.,             :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 27, 2020, defendant Celestial Seasonings, Inc. filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On September 25, plaintiff filed an amended complaint.  Accordingly, it is hereby

ORDERED that the defendant's motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **October 19, 2020**.  If the defendant renews its motion to dismiss, the plaintiff shall file an opposition to the renewed motion by **November 9**.  Defendant shall file a reply by **November 23**.

At the time a reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion

papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           September 28, 2020

                                   _____
                                   DENISE COTE
                                   United States District Judge

2