United States District Court
Southern District of New York

1:20-cv-02000-DLC

| |
|---|
| Adrianna Spitzer, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| Celestial Seasonings, Inc., |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 26, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

1:20-cv-02000-DLC
United States District Court
Southern District of New York

Adrianna Spitzer, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Celestial Seasonings, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
   Tel: (516) 268-7080
   Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: January 26, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on January 26, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan