United States District Court
Southern District of New York

1:20-cv-02000-DLC

Adrianna Spitzer, individually and on behalf
of all others similarly situated,

                          Plaintiff,

          - against -

Celestial Seasonings, Inc.,

                        Defendant

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   January 26, 2021

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

SO ORDERED: January 27, 2021

_____
DENISE COTE
United States District Judge